IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | * | Case No. 07-32257 S |
| | * | Chapter 13 |
| John M. Bosak | | |
| | * | Hon. Richard L. Speer |
| Debtor(s) | | |
| | * | RESPONSE TO OBJECTION TO CLAIM OF LUCAS COUNTY TREASURER |
| | * | |
| | | Julia R. Bates, Esq. |
| | * | Lucas County Prosecutor |
| | | By: Suzanne Cotner Mandros, Esq. |
| | * | Assistant Prosecuting Attorney |
| | | One Government Center, Suite 500 |
| | * | Toledo, Ohio 43624 |
| | | (419) 213-2145 |
| | * | FAX (419) 213-4070 |
| | | Ohio Reg. No. 0002157 |
| | * | |

* * * * *

Now comes the Lucas County Treasurer and states that with regard to the objection to the claim filed by the debtor, that the Treasurer will withdraw his claim after a Stipulation for Abandonment and Relief from Stay is filed with this court. Counsel will prepare and forward same to the attorney for the debtor.

Respectfully submitted,

/s/Suzanne Cotner Mandros
Assistant Lucas County Prosecutor

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Response to Objection to Claim of the Lucas County Treasurer filed by the Debtor was sent by regular mail or Electronic mail this 6th day of August, 2007 to the following parties:

Anthony B. DiSalle, Trustee
501 Toledo Building
316 N. Michigan Street
Toledo, OH 43624

United States Trustee
H.M. Metzenbaum Courthouse
201 Superior Avenue East, Ste 441
Cleveland, OH 44114

Stephen T. Priestap, Esq.
626 Madison Avenue, Ste. 603
Toledo, OH 43604

/s/ Suzanne C. Mandros